1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA**

10

11   RACHAEL KONZ,                            Case No. 2:15-cv-02476-MCE-KJN

12              Plaintiff,                    Honorable Morrison C. England, Jr.

13         vs.

14   METROPOLITAN LIFE INSURANCE              **ORDER ON STIPULATION TO**
     COMPANY, and DOES 1 to 100,              **BRIEFLY EXTEND DEADLINE**
15                                            **FOR FILING OPENING TRIAL**
                Defendants.                   **BRIEF AND REQUEST FOR**
16                                            **CROSS-BRIEFING**

17                                            [Filed concurrently with Stipulation]

18
                                             Courtroom:  14, Floor 7
19

20

21

22         Having reviewed the parties' Stipulation to briefly extend the deadline for

23   filing Opening Briefs and Request for Cross-Briefing in this ERISA-governed

24   action, FOR GOOD CAUSE SHOWN IT IS HEREBY ORDERED  THAT:

25         Each party shall file her or its Opening Trial Brief on May 25, 2017.

26         Defendant shall lodge the Administrative Record on May 25, 2017.

27

28
                                          1

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

Each party shall file her or its Responding Trial Brief by June 15, 2017.

Cross-Motions shall remain as scheduled on June 29, 2017 at 2:00 p.m.

IT IS SO ORDERED.

Dated:  May 9, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800