HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL KONZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 to 100,<br><br>　　　　Defendants. | Case No. 2:15-CV-02476-MCE-KJN<br><br>Honorable Morrison C. England, Jr.<br><br>**ORDER ON STIPULATION TO BRIEFLY CONTINUE TRIAL BRIEFING AND HEARING ON CROSS MOTIONS**<br><br>[Filed concurrently with Stipulation]<br><br>Courtroom: 14, Floor 7 |

| | |
|---|---|
| 1 | Having reviewed the parties' Stipulation to briefly continue the trial briefing |
| 2 | and hearing on cross-motions in this ERISA-governed action, and for good cause |
| 3 | shown, IT IS HEREBY ORDERED that: |
| 4 | Each party shall file her or its Opening Trial Brief on June 29, 2017. |
| 5 | Defendant shall lodge the Administrative Record on June 29, 2017. |
| 6 | Each party shall file her or its Responding Trial Brief by July 27, 2017. |
| 7 | The Hearing on the parties' Cross-Motions shall be September 21, 2017 at |
| 8 | 2:00 p.m. |

IT IS SO ORDERED.

DATED: May 23, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**HINSHAW & CULBERTSON**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800