# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL KONZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 to 100,<br><br>　　　　Defendants. | Case No. 2:15-cv-02476-MCE-KJN<br><br>Honorable Morrison C. England, Jr.<br><br>**ORDER ON SECOND STIPULATION TO BRIEFLY CONTINUE TRIAL BRIEFING**<br><br>[Filed concurrently with Stipulation]<br><br>Courtroom: 14, Floor 7 |

Having reviewed the parties' Stipulation to briefly continue the trial briefing in this ERISA-governed action, and FOR GOOD CAUSE SHOWN IT IS HEREBY ORDERED THAT:

Each party shall file her or its Opening Trial Brief on July 27, 2017.

Defendant shall lodge the Administrative Record on July 27, 2017.

Each party shall file her or its Responding Trial Brief by August 17, 2017.

**HINSHAW & CULBERTSON**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

The Hearing on the parties' Cross-Motions shall remain as scheduled on September 21, 2017 at 2:00 p.m.

IT IS SO ORDERED.

Dated: June 19, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800