Misty A. Murray (SBN 196870)
mmurray@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL KONZ,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 to 100,<br><br>    Defendants. | Case No. 2:15-cv-02476-MCE-KJN<br><br>Honorable Morrison C. England, Jr.<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed: November 30, 2015 |

In accordance with the stipulation of the parties, and good cause appearing, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs. The matter having now been concluded, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

DATE: July 11, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

ORDER
Case No. 2:15-cv-02476-MCE-KJN
300114587v1 0981079

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800